Case 4:22-cv-00055   Document 5   Filed on 01/11/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Marquis Valantee Tate, TDCJ # 2199238 | § § § | |
| v. | § § | C.A. H-22-55 |
| Bobby Lumpkin, et al, | § § | |

### FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order entered on this date, this actions is **DISMISSED without prejudice.**

This is a Final Judgment.

The Clerk shall provide a copy of this Final Judgment to the petitioner.

SIGNED at Houston, Texas, on this 11th day of January, 2022.

DAVID HITTNER
United States District Judge